■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL GOODINE, Appellant. [61 NYS3d 511]—Appeals by the de-

fendant from two judgments of the Supreme Court, Kings County (Gary, J.), both rendered November 25, 2015, convicting him of robbery in the third degree under indictment No. 315/13, and criminal possession of a weapon in the fourth degree under indictment No. 6177/13, upon his pleas of guilty, and imposing sentences. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the defendant.

Ordered that the judgments are affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Mastro, J.P., Hall, Cohen and Iannacci, JJ., concur.